# KIELY LLP

---

**17 TURKEY LANE, COLD SPRING HARBOR, NEW YORK 11724**

**TELEPHONE: (212) 960-3044 · E-MAIL: DKIELY@KIELYLLP.COM**

September 8, 2025

**VIA ELECTRONIC FILING**

The Hon. Alvin Hellerstein, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007

> The Court, having heard no further reply from Plaintiff, and in light of Defendant's response, considers the issue nullified. The Clerk shall terminate ECF No. 18. Plaintiffs are granted leave to refile their motion to compel if necessary.
> SO ORDERED.
> /s/ Alvin K. Hellerstein, U.S.D.J.
> 10/30/2025

    Re: *Artistic Tile, Inc. v. Artsaics, Inc.*
    Case No.: 1:24-cv-07389-AKH

Dear Honorable Judge Hellerstein:

    Kiely LLP represents Defendant Artsaics, Inc. ("Artsaics" or the "Company" or the "Defendants") in the above referenced matter and is writing this letter in response to Plaintiff's Motion to Compel Discovery filed on August 19, 2025 (See ECF No. 18) (the "Motion").

As a threshold matter, the undersigned wishes to sincerely apologize to the Court for having to utilize its valuable time and resources to address the delays referenced in the Motion and its associated filings. To be blunt, the delay is due to a mistaken approach on the part of the undersigned. Secondly, we also wish to inform the Court that earlier today we served on Plaintiff's counsel: (i) Defendant Artsaics, Inc.'s Objections and Responses to Plaintiff Artistic Tile, Inc.'s First Set of Interrogatories; (ii) Defendant Artsaics, Inc.'s Objections and Responses to Artistic, Tile, Inc.'s First Request for the Production of Documents and Things to Artsaics, Inc.; and (iii) Defendant's first document production (collectively, the "Responses").

For a variety of reasons, the undersigned has believed since the date the above referenced action was filed that this matter should be settled and resolved short of protracted litigation and has tried to attempt to minimize legal costs incurred on behalf of both the Plaintiff and the Defendants in order to help to make that happen. Those efforts thus far have not been successful.

In addition, the undersigned believes the Court should know that Artsaics Inc. is a small "family" operation that is based in Deer Park, Long Island and is currently a company with limited resources and a small number of employees. This leaves the CEO virtually alone to run the day-to-day operation of the Company and manage the instant litigation on behalf of the Company.

Furthermore, while I do not dispute Ms. Ross's factual recitals in her Certification in Support of Motion to Compel Discovery Responses, and do acknowledge her consent to the extension of time to respond to Plaintiff's discovery demands to August 8, 2025, I do wish Ms. Ross would have asked for a time to "meet and confer" to discuss these matters prior to the filing of the Motion and believe that would have afforded us an opportunity to reach a resolution of this matter short of the need for Court intervention.  .

In light of the foregoing, including but not limited to the Responses, the undersigned respectfully asks that the Court find that the need for the Court to grant the Motion has been nullified and that it not issue an Order pursuant to Fed. R. Civ. P. 37(a) compelling Defendant Artsaics, Inc. to provide responses to Plaintiff's discovery demands, or grant any other and further relief.

    Very truly yours,

    KIELY LLP

    */s/ Denis J. Kiely*

    Name:  Denis J. Kiely
    Title:  Managing Partner

VIA ECF:  All Counsel