UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------  x
:
ARTISTIC TILE, INC,                                                :
                                                                   :    **ORDER**
                                        Plaintiff,                 :
                                                                   :    24 Civ. 7389 (AKH)
            -against-                                              :
                                                                   :
ARTSAICS, INC.,                                                    :
                                                                   :
                                        Defendant.                 :
                                                                   :
----------------------------------------------------------------  x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A suggestion of settlement having been made, this case is dismissed.  If the settlement is

not consummated within 30 days of this order, or an authorized enlarged date, either party may

apply by letter for restoration of the action within 10 days after the close of said period.

        All pending court dates are cancelled.  The Clerk is directed to terminate any open

motions and close the case.


                SO ORDERED.

Dated:        April 16, 2026
              New York, New York                    _____
                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge